## Hirsch, Appellant, *v.* Bunker Hill Mutual Insurance Co.

Argued April 18, 1957. Before JONES, C. J., MUS-MANNO, ARNOLD, JONES and COHEN, JJ.

*Marvin H. Levin,* for appellant.

*Ralph B. Umsted,* for appellee.

OPINION PER CURIAM, May 27, 1957:
The judgment is affirmed on the opinion of Judge REIMEL of the court below, reported in 8 D. & C. 2d 259.